```
         IN THE UNITED STATES DISTRICT COURT

       FOR THE WESTERN DISTRICT OF WISCONSIN
_____
UNITED STATES OF AMERICA,

                  Plaintiff,                    ORDER

      v.                                       06-CR-150-S-01

SOUBANH SENYMANOLA,

                  Defendant.
_____
```

The government's motion for reduction of sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure, came on to be heard before the Court in the above entitled matter on November 15, 2007, the government having appeared by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by Laura Przybylinki-Finn, Assistant United States Attorney; defendant having waived his appearance, appeared by Michael Lieberman. Honorable John C. Shabaz, District Judge, presided.

The Court finds that defendant has provided substantial assistance as represented by the government. Accordingly, the government's motion for a reduction of sentence is granted. Defendant's offense level is reduced by two levels to a total offense level of 25 which offense level still takes into consideration the two uncharged bank robberies to which defendant admitted his involvement in an unprotected statement.

Pairing a total offense level of 25 with a criminal history category III results in an advisory guideline imprisonment range of

70 to 87 months. A sentence at the high end of the advisory range is reasonable and necessary to achieve the purposes of sentencing which in this case is to hold defendant accountable for his serious criminal conduct and protect the community.

ORDER

IT IS ORDERED the judgment entered on October 18, 2006 is AMENDED to provide that defendant is committed to the custody of the Bureau of Prisons for a term of 87 months.

In all other respects, the judgment remains as previously entered on October 18, 2006.

Entered this 15th day of November, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge